UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| PATRICIA BROCKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:18-cv-00015-GFVT-HAI |
| | ) | |
| V. | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [R. 23.] The parties being in agreement, and the Court being sufficiently advised, it is hereby

**ORDERED** that all claims in this matter by Plaintiff Patricia Brockman against Defendant Prudential Insurance Company of America shall be, and hereby are, **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees.

This the 6th day of August, 2018.

Gregory F. Van Tatenhove
United States District Judge